1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

10    JOHN ROBERT DEMOS JR.,                        CASE NO. C13-258-JLR-MAT

11                       Petitioner,               REPORT & RECOMMENDATION

12           v.

13    US SECRETARY OF DEFENSE,

14                       Respondent.

15

16        **Bar-order litigant John Demos** has filed an application to proceed *in forma pauperis*

17    with a proposed 28 U.S.C. § 2254 habeas petition.[1]  (Dkts. 1, 2, 9.)  An Order of this Court

18    provides for the return without filing of any petition by Mr. Demos that seeks an extraordinary

19

20    _____

21        [1] Although Mr. Demos attempts to sue for relief via 28 U.S.C. § 2241, it is clear that he
      brings a § 2254 petition.  Mr. Demos is a state prisoner who challenges the validity of his state
22    convictions in the 1970s.  (Dkt. 1, at 2.)  Contrary to his assertions, there is no indication
      whatsoever that Mr. Demos is presently incarcerated for life in *state* prison due to his conviction
23    in a *federal* military court.  (Dkt. 1, at 2.)  Were he challenging a federal conviction from the
      1970s, he would be well beyond the one-year statute of limitations for 28 U.S.C. § 2255 motions.
24    *See* 28 U.S.C. § 2255(f).

REPORT & RECOMMENDATION - 1

1  writ pursuant to 28 U.S.C. §§ 1651, 2253 or 2254, unless accompanied by the filing fee.  *See*

2  *Demos v. Stanley*, MC97-0031-JLW (W.D. Wash. Mar. 13, 1997).

3         As petitioner has submitted no filing fee, the Court recommends that, pursuant to the

4  Court's Order of March 13, 1997, the Clerk be **DIRECTED** to return petitioner's submissions

5  without filing them, and to strike any pending motions as moot.  A proposed Order is attached.

6  The Clerk is directed to send a copy of this Report and Recommendation to Mr. Demos and to

7  the Honorable James L. Robart.

8         Dated this 21st day of March, 2013.

9

10                                          Mary Alice Theiler
                                            United States Magistrate Judge
11

12

13

14

15

16

17

18

19

20

21

22

23

24

REPORT & RECOMMENDATION - 2